Formulario 481 Rev. 09.06

**FORMA CORTA 2006**

2006

AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL 01 de enero de 06 y terminado el 31 de DIC de 06

Número de Seguro Social de Contribuyente: 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

141403 S767 P2 ************5-DIGIT 00984
COLON GUZMAN, RAMON ADALBERTO   J43SJ
PO BOX 4124
CAROLINA PR 00984    C E

### Encasillado 1

| SI | NO | |
|---|---|---|
| a. ✓ | | ¿Ciudadano de Estados Unidos? |
| b. ✓ | | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ✓ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ✓ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ✓ | ¿Otros ingresos exentos de contribución? |
| f. | ✓ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**
- Empleado del Gobierno, Municipios o Corporaciones Públicas
- Empleado del Gobierno Federal
- ✓ Empleado de Empresa Privada
- Retirado/Pensionado

**OCUPACION (Anote el Código):** Contribuyente

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. Casado que vivía con su cónyuge y rinde planilla conjunta
2. Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. Jefe de familia (No para casados)
4. Soltero

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Area de Rentas Internas
**RECIBIDO**
17 ABR. 2007
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

### Encasillado 2

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 40 | 1,130 |
| Total de comprobantes con esta planilla | 40 | 1,130 |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) | | |
| 3. Ingresos de Anualidades y Pensiones (Anejo H individuo, Parte II, línea 12) | | |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) | | 1,130 |

Período de Conservación: Diez (10) años

Nombre del contribuyente  Ramon A. Colon    582-47-950

## Encasillado 3

4. Ingreso Bruto Ajustado (De la línea 4, página 1).................................................................... (02) (01)  **1,130.**

5. DEDUCCION FIJA Y EXENCION PERSONAL: Si marcó en el Encasillado 1 el bloque 1 anote $6,150, el bloque 2 anote $3,400, el bloque 3 anote $5,730, el bloque 4 anote $3,400 .............................. (02)  **3,400.**

6. DEDUCCIONES ADICIONALES
   A. Aportaciones a cuentas de retiro individual (No exceder de $5,000 ó $10,000 si es casado):

   | Número Identificación Patronal | Aportación | Institución financiera | Número de la cuenta |
   |---|---|---|---|
   | (03) — | (06) | | |
   | (04) — | (07) | | |
   | (05) — | (08) | | |

   Total aportaciones a cuentas de retiro individual (Sume todos los importes reflejados en la línea 6A)......................................... (09)

   B. Aportaciones a sistemas gubernamentales de pensiones o retiro .................. (10)

   C. Casados cuando ambos trabajan (Véanse instrucciones) ............................. (11)

   D. Veteranos (Véanse instrucciones) .................................................................. (12)

   E. Gastos ordinarios y necesarios (Anejo I Individuo, Parte I, línea 8) ............... (13)

   F. Intereses de préstamo de automóvil: (No exceder de $1,200)

   Inst. Financiera _____  Núm. Préstamo _____

   Núm. Ident. Patronal (14)    (15)

   G. Jóvenes que trabajan (Véanse instrucciones) .............................................. (16)

   H. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10))(Véanse instrucciones). (17)

   I. Adquisición e instalación de computadora personal para uso de dependientes (Ver inst.) .. (18)

   J. Total Deducciones Adicionales (Sume líneas 6A a la 6 I) ................................................ (19)

7. Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) (20)

8. EXENCION POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones)
   TOTAL
   A) No universitarios: Categoría (N) ................ (21)   x $1,600 ........ (24)
   B) Universitarios: Categoría (U) ..................... (22)   x $1,500 ........ (25)
   C) Incapacitados, ciegos o de 65 años o más: Categoría (I) (23)   x $1,600 ........ (26)
   D) Total de Exención por Dependientes (Sume líneas 8A a la 8C)................................... (27)

9. Total Deducciones y Exenciones (Sume líneas 5, 6J, 7 y 8D) ................................................ (28)  **3,400.**

10. INGRESO NETO SUJETO A CONTRIBUCION (Línea 4 menos línea 9. Si la línea 9 es mayor que la línea 4, anote cero) ... (29)  **0,000.**

Formulario 481, Rev. 09.06 - Página 3
Número de Seguro Social del Contribuyente
Nombre del contribuyente  Ilani A. Colón  502-47-258

**Encasillado 4**

11. **CONTRIBUCION DETERMINADA** (Use la cantidad de la línea 10 y la Tabla Contributiva. Véanse instrucciones) ............ (30)  00,000

12. Crédito para Contribuyentes Asalariados (Véanse instrucciones) ........................................................................ (31)

13. Crédito para Personas Asalariadas o Pensionadas (Véanse instrucciones) ........................................................... (32)

14. Crédito por Aportación a Fundación Educativa para la Libre Selección de Escuelas ............................................. (33)

15. Responsabilidad Contributiva (Línea 11 menos líneas 12, 13 ó 14, las que apliquen. Si es menos de cero, anote cero) .... (34)

16. **CONTRIBUCION RETENIDA:**

    A) Contribución Retenida sobre Salarios (Sume las líneas 1A y 2A del Encasillado 2) ...... (35)

    B) Contribución Retenida sobre Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 13) ...... (36)

    C) Total Contribución Retenida (Sume líneas 16A y 16B) ............................................. (37)

17. **TOTAL NO PAGADO DE LA CONTRIBUCION** (Si la línea 15 es mayor que la línea 16C, anote la diferencia aquí, de lo contrario, en la línea 22) ................................................................. (38)

18. Menos: Cantidad pagada con prórroga automática ................................................. (39)

19. **Balance Pendiente de Pago** (Si la línea 17 es mayor que la línea 18, anote la diferencia aquí, de lo contrario, en la línea 22) (40)

20. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un **Programa Certificado** .............. (41)

    (b) Otras Transferencias Electrónicas. Núm. de transacción: ............ (42)

    (c) Intereses ............................................................................. (43)

    (d) Recargos _____ y Penalidades _____ ............. (44)

21. **BALANCE PENDIENTE DE PAGO** (Línea 19 menos líneas 20(a) y 20(b)) ........................................ (45)  00,000

22. **CANTIDAD A REINTEGRAR** (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) (50)

**Encasillado 5**
**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ☐ Cheques ☐ Ahorros     Número de ruta/tránsito     Número de su cuenta

Cuenta a nombre de _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

**JURAMENTO**

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma de Cónyuge | Fecha |
| Nombre del Especialista o Casa de Matriz | | Nombre de la Firma o Negocio | |
| Director | | Número de Registro | Número de Identificación Personal |
| | | Especialista por cuenta propia (marque aquí) | Firma del Especialista | Fecha |
| Sello Fiscal | | | |

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla ☐ Sí ☐ No. Si contestó "Sí" exija la firma y el número de registro del Especialista

| Formulario Form 499R-2/W-2PR Rev. 06.06 | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY | INFORMACION PARA DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|
| 090600 | COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | |

| 1. Nombre - First Name: RAMON A. | 3. Núm. Seguro Social Social Security No. 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 | 7. Sueldos - Wages 1130.00 | 17. Total Sueldos Seguro Social Social Security Wages 1130.00 |
|---|---|---|---|
| Apellido(s) - Surname(s): COLON GUZMAN | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) 66-0598955 | 8. Comisiones - Commissions | 18. Seguro Social Retenido Social Security Tax Withheld 70.06 |
| Dirección Postal del Empleado - Employee's Mailing Address URB. BAHIA VISTAMAR ROBALO # 1481, P.O.BOX CAROLINA PR 00984 | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension Día ___ Mes ___ Año ___ Day ___ Month ___ Year ___ | 9. Concesiones - Allowances 10. Propinas - Tips 11. Total = 7 + 8 + 9 + 10  1130.00 | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips 1130.00 20. Contrib. Medicare Retenida Medicare Tax Withheld 16.39 |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address POLI-AUTO P.R., INC. EL COMANDANTE INDUSTRIAL PARK Buldg 2 - East, San Marcos Ave CAROLINA PR 00982 | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity | 12. Gastos Reembolsados Reimbursed Expenses 13. Cont. Retenida - Tax Withheld 40.16 | 21. Propinas Seguro Social Social Security Tips 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| Número de Teléfono del Patrono Employer's Telephone Number (787) 768-2905 Fecha Cese de Operaciones: Día 31 Mes 10 Año 2006 Cease of Operations Date: Day 31 Month 10 Year 2006 Número Control - Control Number 03571965 | Copia B para Planilla del Empleado Copy B for Employee's Tax Return Año: 2006 Year: | 14. Fondo de Retiro - Retirement Fund 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Conservation: Ten (10) years from the filing date in the Returns Processing Bureau.

PRSoft, Inc. - (787) 622-7550 • www.prsoft.com

PRSoft, Inc. (www.prsoft.com)
530-5046

## INSTRUCCIONES
### DEBERA SOMETER ESTA COPIA AL RENDIR SU PLANILLA

Viene obligado a rendir planilla de contribución sobre ingresos:

* todo individuo soltero (o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300.
* todo individuo casado que vivía con su cónyuge y que durante el año contributivo tuviere individual o conjuntamente con ésta un ingreso bruto de más de $6,000.

PENALIDAD - El Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Cualquier persona obligada bajo cualquier Subtítulo del Código a rendir una planilla o declaración, que voluntariamente dejare de rendir dicha planilla o declaración dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, en adición a otras penalidades provistas por el Código, será culpable de un delito menos grave y castigada con multa no mayor de $500 ó reclusión por un término no mayor de seis meses, o ambas penas, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla o declaración (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos) con la intención de evadir o derrotar cualquier contribución impuesta por el Código, en adición a otras penalidades provistas por el Código, será culpable de un delito grave y castigada con multa no mayor de $20,000 ó reclusión por un término fijo de tres años. De mediar circunstancias agravantes, la pena establecida podrá ser aumentada hasta un máximo de cinco años. De mediar circunstancias atenuantes, podrá ser reducida hasta un máximo de dos años, o ambas penas, a discreción del Tribunal, más las costas del proceso.

Retenga la Copia C de este formulario para sus récords. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le completen un Formulario 499R-2c/W-2cPR.

## INSTRUCTIONS
### THIS COPY MUST BE SUBMITTED WITH YOUR RETURN

Income tax returns must be filed by:

* every individual single (or married one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300.
* every married individual who lives with his/her spouse, who during the taxable year individually or jointly, had a gross income of more than $6,000.

PENALTY - The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Any person liable under any Subtitle of the Code to file a return or statement, who willfully fails to file such return or statement within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor and upon conviction thereof, punished by a fine of not more than $500 or by imprisonment for a term of not more than six months, or both penalties, plus the costs of prosecution. In the case of any person who willfully fails to file such return or statement (within the terms established by the corresponding Subtitle or by regulations) with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a felony and upon conviction thereof, punished by a fine of not more than $20,000 or imprisonment for a fixed term of three years. If there were aggravating circumstances, the established penalty may be increased to a maximum of five years. If there were extenuating circumstances, it may be reduced to a maximum of two years, or both penalties, at the discretion of the Court, plus the costs of prosecution.

Keep Copy C of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, tell your employer to prepare a Form 499R-2c/W-2cPR.

Modelo SC 2903
Rev. 5 abr 07
Antes 330-02 y 310-05

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Area de Rentas Internas

# CERTIFICACION DE LA INFORMACION INCLUIDA EN LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

| Campo | Valor |
|---|---|
| Apellido paterno Apellido materno, Nombre del contribuyente | COLON GUZMAN, RAMON A |
| Seguro Social | 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 |
| Número Solicitud | 0706180084 |
| Clave Institución | XX |
| Nombre del cónyuge | |
| Tipo Planilla | FORMA CORTA |
| Año Contributivo | 2005 |
| Dirección postal o residencial | PO BOX 4124, CAROLINA PR 00984 |
| Estado Personal | SOLTERO |
| Fecha de Radicación | 05/09/06 |
| Número de Serie | 0408435 |
| Ciudadano de Estados Unidos | Sí |
| Residente de Puerto Rico | Sí |
| Fuente de Mayor Ingreso | EMPRESA PRIVADA |
| Ocupación | OTROS OFICIOS |

Dependientes: Hijos ____ Otros ____
Anualidades o pensiones exentas .......... 00
Intereses exentos .......... 00
Otros ingresos exentos .......... 00

**INGRESOS**

| | | |
|---|---|---|
| 1. Sueldos, comisiones, concesiones y propinas | 9,237 | 00 |
| 2. Salarios del Gobierno Federal | | 00 |
| 3. Otros Ingresos (o Pérdidas) | | 00 |
| A) Ingreso de intereses | | 00 |
| B) Beneficios de sociedades especiales | | 00 |
| C) Pérdidas de sociedades especiales | | 00 |
| D) Dividendos de corp. y distribuciones de sociedades sujetos a retención | | 00 |
| E) Dividendos de corp. y distribuciones de sociedades no sujetos a retención | | 00 |
| F) Beneficios de corporaciones de individuos | | 00 |
| G) Distribuciones de Planes Gubernamentales | | 00 |
| H) Ingresos misceláneos | | 00 |
| I) Distribuciones de Cuentas IRA y Cuentas de Aportación Educativa | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo | | 00 |
| K) Ingresos de anualidades y pensiones | | 00 |
| L) Pensión recibida por divorcio o separación (Seguro Social del que paga: ____) | | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio | | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión | | 00 |
| 4. Total Ingreso Bruto | | 00 |
| 5. Pensión por Divorcio o Separación Pagada (Seguro Social del que la recibe: ____) | | 00 |
| 6. Ingreso Bruto Ajustado | 9,237 | 00 |

**DEDUCCIONES Y EXENCIONES**

| | | |
|---|---|---|
| 7. Deducciones detalladas o fija * | 2,100 | 00 |
| A) Intereses hipotecarios | | 00 |
| B) Renta Pagada | | 00 |
| 8. Deducciones adicionales | 1,477 | 00 |
| 9. Exención personal | 1,300 | 00 |
| 10. Exención por dependientes | | 00 |
| 11. Total Deducciones y Exenciones | 4,877 | 00 |
| 12. Ingreso Neto Sujeto a Contribución | 4,360 | 00 |

**CONTRIBUCION**

| | | |
|---|---|---|
| 13. Contribución Determinada | 376 | 00 |
| 14. Responsabilidad Contributiva | | 00 |
| 15. Balance Pendiente de Pago | | 00 |
| 16. Contribución pagada en exceso | 390 | 00 |

* Las deducciones detalladas incluyen intereses hipotecarios y renta pagada, según se indica.

Certifico que de acuerdo con nuestros archivos de información contributiva, el contribuyente mencionado en este formulario rindió la planilla de contribución sobre ingresos para el año contributivo arriba indicado. La información que aquí se presenta incluye la presentada por el contribuyente y cualquier ajuste realizado por el Departamento de Hacienda. Esta certificación tiene la misma validez que la copia de la planilla para todos los fines.

Secretario Auxiliar de Rentas Internas o su Representante  AMP2403 MALDONADO PABON AZMABETH

Fecha y Hora de Emisión: 18/6/2007 2:23:15 PM

Período de Conservación: Diez (10) años

Formulario 481 Rev. 05.05

**FORMA CORTA** 2005 2005

AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL 1 de Ene de 05 y terminado el 31 de Dic de 05

Número de Seguro Social: 582479258

Nombre: Ramon A. Colon Guzman
Fecha de Nacimiento: 27/10/1955
Dirección: Urb. Bahia Vista Mar, PO Box 4124, Cantina PR 00984

## FUENTE DE MAYOR INGRESO:
- Empleado del Gobierno, Municipios y Corporaciones Públicas
- Empleado del Gobierno Federal
- ✓ Empleado de Empresa Privada
- Retirado/Pensionado

## OCUPACION (Anote el Código):
Contribuyente
Cónyuge

**SI / NO**
- ✓ ¿Ciudadano de Estados Unidos?
- ✓ ¿Residente de Puerto Rico al finalizar el año?
- ¿Ingresos exentos de Lotería de Puerto Rico?
- ¿Ingresos de premios de jugadas en Hipódromo?
- ¿Otros ingresos exentos de contribución?
- ¿Obligación de hacer pagos a ASUME?

## ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:
1. Casado que vivía con su cónyuge y rinde planilla conjunta
2. Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
- Jefe de familia (No para casados)
- ✓ Soltero

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 390 | 9237 |
| Total (Núm. de comprobantes con esta planilla) ... 01  [1] | 390 | 9237 |
| 2. Salarios del Gobierno Federal (Véanse instrucciones) ... (01) | | |
| 3. Ingresos de Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 12) ... (03) | | |
| 4. Ingreso Bruto Ajustado (Suma de las líneas 1B, 2B y 3) ... (10) | | 9237 |

Período de Conservación: Diez (10) años

11. CONTRIBUCION DETERMINADA (Determine su contribución de la cantidad en la línea 10 usando la Tabla Contributiva) .... (30)   376

12. Crédito para Contribuyentes Asalariados (Véanse instrucciones) .................................................................. (31)   376

13. Crédito para Personas Asalariadas o Pensionadas (Véanse instrucciones) ...................................................... (32)

14. Crédito por Aportación a Fundación Educativa para la Libre Selección de Escuelas ........................................ (33)

15. Responsabilidad Contributiva (Línea 11 menos líneas 12, 13 ó 14, las que apliquen. Si es menos de cero, anote cero) ... (34)   00000

16. CONTRIBUCION RETENIDA:

  A) Contribución Retenida sobre Salarios (Sume las líneas 1A y 2A del Encasillado 2) ...... (35)

  B) Contribución Retenida sobre Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 13) ....... (36)

  C) Total Contribución Retenida (Sume líneas 16A y 16B) ................................................................................. (37)

17. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 15 es mayor que la línea 16C, anote la diferencia aquí, de lo contrario, en la línea 22) ................................................................................................................... (38)

18. Menos: Cantidad pagada con prórroga automática .............................................................................. (39)

19. Balance Pendiente de Pago (Si la línea 17 es mayor que la línea 18, anote la diferencia aquí, de lo contrario, en la línea 22) (40)

20. Menos: Cantidad pagada (a) Con Planilla o a través de Colecturía Virtual .................................................. (41)

  (b) Otras Transferencias Electrónicas. (42)

  (c) Intereses ............................................................ (43)

  (d) Recargos _____ y Penalidades _____ ......... (44)

21. BALANCE PENDIENTE DE PAGO (Línea 19 menos líneas 20(a) y 20(b)) .......................................................... (45)

22. CANTIDAD A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) (50)   376

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta:

Cuenta a nombre de

# Anejo I Individuo  2005
Rev. 05.05

GASTOS ORDINARIOS Y NECESARIOS

Año contributivo comenzado el 1 de Enero de 05 y terminado el 31 de Dic de 05

Nombre del contribuyente: Ramón A. Colón Carmen   502479258  58

1. Comidas y entretenimiento
   A. Total de gastos incurridos o pagados .................................................. (01)
   B. Reembolso de gastos (comidas y entretenimiento) ............................. (02)
   C. Diferencia (Si la línea 1B excede la línea 1A, refiérase al Anejo I Individuo de la Forma Larga) ... (03)
   D. Diferencia (Si la línea 1A excede la línea 1B, anote el exceso aquí) ........ (04)
   E. Anote el 50% de la línea 1D (Véanse instrucciones) .......................... (05)

2. Otros gastos
   A. Costo y mantenimiento de uniformes ................................................ (11)
   B. Cuotas de uniones, colegiaciones y asociaciones profesionales ........ (12)
   C. Compra de materiales didácticos por educadores ............................. (13)
   D. Compra de libros técnicos propios de la profesión u oficio ............... (14)
   E. Gastos de educación y mejoramiento de la profesión u oficio ........... (15)
   F. Depreciación (Parte II de este Anejo) .................................................. (16)
   G. Otros gastos de la profesión u oficio .................................................. (17)  500
   H. Total otros gastos (Sume líneas 2A a la 2G. Anote el total aquí) ........ (18)  500
   I. Reembolso de otros gastos ................................................................. (19)
   J. Diferencia (Si la cantidad en la línea 2 I excede la cantidad de la línea 2H, refiérase al Anejo I Individuo de la Forma Larga) ... (20)
   K. Si la línea 2H excede la cantidad en la línea 2 I, anote el exceso en esta línea ... (30)  500

3. Total gastos ordinarios y necesarios (Sume líneas 1E y 2K. Anote la cantidad en esta línea) ... (31)  500
4. Sueldos, Comisiones, Concesiones y Propinas (Encasillado 2, línea 1B de la Forma Corta) ... (32)  9237
5. Salarios Gobierno Federal (Encasillado 2, línea 2B de la Forma Corta) ... (33)
6. Total salarios (Sume líneas 4 y 5) ......................................................... (34)  9237
7. Multiplique la línea 6 por 3% y anote aquí .......................................... (35)  277
8. **Deducción por gastos ordinarios y necesarios** (Anote aquí y en el Encasillado 3, línea 6E de la Forma Corta la menor de las siguientes cantidades: línea 3, línea 7, ó hasta el límite de $1,500) ... (40)  277

Período de Conservación: Diez (10) años

# COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

Formulario / Form 499R-2/W-2PR
Rev 1-5-00

**090500**

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA / DEPARTMENT OF TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL / SOCIAL SECURITY INFORMATION

1. Nombre - First Name: **RAMON A.**

Apellidos - Surnames: **COLON GUZMAN**

Dirección Postal del Empleado - Employee's Mailing Address:
URB. BAHIA VISTAMAR
ROBALO # 1481, P.O. BOX
CAROLINA PR 00984

2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address:
POLI-AUTO P.R., INC.
EL COMANDANTE INDUSTRIAL PARK
Buldg 2 - East, San Marcos Ave
CAROLINA PR 00982

Número de Teléfono del Patrono / Employer's Telephone Number: (787) 768-2905

Fecha Cese de Operaciones / Cease of Operations Date:

Número Control - Control Number: **33132227**

3. Núm. Seguro Social / Social Security No.: 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

4. Estado Civil - Civil Status: Soltero/Single [X]  Casado/Married [ ]

5. Núm. de Ident. Patronal / Employer Ident. No. (EIN): 66-0598955

6. Costo de Pensión o Anualidad / Cost of Pension or Annuity: 0.00

Copia D para Récords del Patrono
Copy D for Employer's Records

Año / Year: **2005**

Fecha de radicación: 31 de enero - Filing date: January 31
Instrucciones al dorso - Instructions on back
Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas.
Conservation: Ten (10) years from the filing date in the Returns Processing Bureau.

7. Sueldos - Wages: 3150.00
8. Comisiones - Commissions: 6087.50
9. Concesiones - Allowances: 0.00
10. Propinas - Tips: 0.00
11. Total=7+8+9+10: 9237.50
12. Gastos Reembolsados / Reimbursed Expenses: 0.00
13. Cont. Retenida - Tax Withheld: 390.10
14. Fondo de Retiro / Retirement Fund: 0.00
15. Aportaciones a Planes Cual. etc. / Contributions to CODA PLANS: 0.00
16. Salarios bajo la Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004: 0.00

17. Total Sueldos Seguro Social / Social Security Wages: 9237.50
18. Seguro Social Retenido / Social Security Tax Withheld: 572.73
19. Total Sueldos y Prop. Medicare / Medicare Wages and Tips: 9237.50
20. Contrib. Medicare Retenida / Medicare Tax Withheld: 133.96
21. Propinas Seguro Social / Social Security Tips: 0.00
22. Seguro Social no Retenido en Propinas / Uncollected Social Security Tax on Tips: 0.00
23. Contrib. Medicare no Retenida en Propinas / Uncollected Medicare Tax on Tips: 0.00

530-5048

[Stamp: ESTADO LIBRE ASOCIADO DE P.R. DEPARTAMENTO DE HACIENDA 1110 - Colecturía San Juan RECIBIDO 2 AGO 2006 SIN PAGO SECRETARIO]

## INSTRUCCIONES

Prepare el Formulario 499R-2/W-2PR para cada empleado a quien le retuvo contribuciones sobre ingresos o contribuciones para el Seguro Social (FICA) o Medicare.
Es importante que complete todos los encasillados del formulario.
Envíe el Original junto con el Formulario W-3PR a la Administración del Seguro Social no más tarde del último día de febrero del año siguiente al año calendario para el cual se efectuó la retención. Si está informando únicamente beneficios de retiro, no envíe el Original a la Administración del Seguro Social.
Envíe la Copia A conjuntamente con el Formulario 499R-3 (Estado de Reconciliación) al Negociado de Procesamiento de Planillas no más tarde del 31 de enero del año siguiente al año calendario de la retención.
En el encasillado Fecha Cese de Operaciones indique la fecha en que el negocio o compañía cesó sus operaciones por liquidación, cierre, etc. No deberá indicar la fecha de cierre de su año contributivo.
Anote en los Bloques 7 y 8 el total de los sueldos y comisiones pagadas excluyendo las aportaciones en efectivo o diferidas, si alguna, a ser reflejadas en el Bloque 15, y el salario de empleados públicos por concepto de horas extras en situaciones de emergencia, si alguno, reflejado en el Bloque 16.
Anote en el Bloque 9 la concesión pagada a su empleado durante el año natural, por gastos para los cuales no se requirió informe de gastos alguno.
Anote en el Bloque 10 las cantidades pagadas a su empleado durante el año natural, por concepto de propinas.
Anote en el Bloque 12 la cantidad que le reembolso al empleado por gastos pagados por él, y para los cuales le requirió presentación de comprobantes.
Anote en el Bloque 15 el total de las aportaciones en efectivo o diferidas a un plan cualificado bajo la Sección 1165(e) del Código.
Anote en el Bloque 16 los salarios pagados a empleados públicos por concepto de horas extras trabajadas en situaciones de emergencia bajo la Ley Núm. 324 de 16 de septiembre de 2004.
En el caso de que le sea requerido hacer un duplicado del Formulario 499R-2/W-2PR o tenga que corregir alguna información o cantidad en el mismo, utilice el Formulario 499R-2c/W-2cPR, Corrección al Comprobante de Retención.

## INSTRUCTIONS

Prepare Form 499R-2/W-2PR for each employee from whom you withheld income tax for Puerto Rico, Social Security (FICA) or Medicare Taxes.
It is important that you complete all blocks of the form.
Send the Original with Form W-3PR to the Social Security Administration not later than the last day of February of the year following the calendar year for which the withholding was performed. If you are reporting only retirement benefits, do not send the Original to the Social Security Administration.
Send Copy A with Form 499R-3 (Reconciliation Statement) to the Returns Processing Bureau not later than January 31 of the year following the calendar year for which the withholding was performed.
In the Cease of Operations Date box enter the date in which the business or company ceased operations because of liquidation, going out of business, etc. Do not enter the closing date of your taxable year.
Enter in Blocks 7 and 8 the amount of wages and commissions paid net of cash or deferred agreement contributions, if any, to be included in Block 15, and public employees' salaries for overtime during emergency situations, if any, included in Block 16.
Enter in Block 9 the expense allowance paid to the employee during the calendar year, and for which no expense report was required.
Enter in Block 10 the amount of tips paid to the employee during the calendar year.
Enter in Block 12 the amount that was reimbursed to the employee for expenses paid by himself/herself, and for which evidence was required.

Modelo SC 2781
Rev. 02.04

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Area de Rentas Internas



# CERTIFICACION DE RAZONES POR LAS CUALES NO ESTA OBLIGADO EN LEY A RENDIR LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

(Si se prepara para un contribuyente fallecido incluya la información del causante y complete la Declaración de la Parte III).

| Nombre del Contribuyente | Número de Seguro Social |
|---|---|
| RAMON A. COLON GUZMAN | 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 |
| Nombre del Cónyuge | Número de Seguro Social del Cónyuge |
| | |
| Número de Teléfono Residencia | Número de Teléfono Trabajo |
| 787  530-5048 | 787 |
| Dirección Postal (Apartado, Pueblo, País, Código Postal) | Dirección Residencial (Barrio o Urb., Núm., Calle, Pueblo, País, Código Postal) |
| PO BOX 4124  CAROLINA PR 00984 | |

## PARTE I - RAZONES POR LAS CUALES NO ESTA OBLIGADO A RENDIR SU PLANILLA (Para ser completado por el contribuyente)

Certifico que para cada uno de los años contributivos detallados a continuación, mi estado personal y las razones por las cuales no rendí la planilla de contribución sobre ingresos son los siguientes:

| Año Contributivo | Estado Personal | Razones |
|---|---|---|
| 2004 | SEPARADO | NO GENERO SUFICIENTE INGRESOS |
| 2003 | SEPARADO | NO GENERO SUFICIENTE INGRESOS |
| 2002 | SEPARADO | NO GENERO SUFICIENTE INGRESOS |
| | | |
| | | |
| | | |

## PARTE II - DECLARACION DEL CONTRIBUYENTE (Para ser completado por el contribuyente)

Yo RAMON A. COLON GUZMAN , vecino de 0 declaro sujeto a las penalidades de perjurio que la información suministrada en este documento es cierta, correcta y completa.

Hoy, 23 de FEBRERO de 2006 en San Juan , Puerto Rico.

_____
Firma del Contribuyente

LIC. 1238058
Núm. Tarjeta Identificación y Descripción

_____
Firma del Cónyuge

_____
Núm. Tarjeta Identificación y Descripción

Período de Conservación: Diez (10) años.
Continúa al dorso

**PARTE III - DECLARACIÓN DEL ADMINISTRADOR EN CASO DE CONTRIBUYENTE FALLECIDO** (para ser completado por el contribuyente o su representante autorizado)

Declaro sujeto a las penalidades de perjurio que soy administrador del caudal relicto de _____, núm. de seguro social _____, y que según mi conocimiento y creencia, la información suministrada en la Parte I de este documento, fue presentada en representación de este causante y que la misma es cierta, correcta y completa. Hoy, ____ de _____ del _____ en   San Juan  , Puerto Rico.

_____  
Nombre del Administrador

_____  
Firma del Administrador

_____  
Número de Teléfono del Administrador

_____  
Núm. Tarjeta Identificación y Descripción

Dirección del Administrador _____

**PARTE IV - RAZONES PARA SOLICITAR LA CERTIFICACIÓN** (para ser completado por el contribuyente)

_____
_____
_____
_____
_____

---

**PARA SER COMPLETADO POR EL DEPARTAMENTO DE HACIENDA**

Después de evaluar las razones expuestas por   RAMON A. COLON GUZMAN   (en representación del ☑ contribuyente ☐ causante _____) y analizar las evidencias requeridas conforme con lo establecido en el Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código), y los datos registrados al día de hoy en nuestro sistema de información, se presumen ciertas las razones expuestas para la no radicación de las planillas de contribución sobre ingresos de los años contributivos indicados en la Parte I de este formulario, ya que las mismas no pueden ser corroboradas a la fecha de la emisión de este documento. No obstante, el Departamento de Hacienda se reserva el derecho de realizar cualquier investigación posterior para verificar los argumentos presentados.

**ZAHAIDA SANTOS PADILLA**  
Nombre del Empleado en letra de molde

Firma del Empleado

28-Feb-2006  
Fecha

TECNICO EN CONTRIBUCIONES  
Clasificación del Empleado

NEG. SERVICIO AL CONTRIBUYENTE  
Sección de Trabajo

[Sello Departamento de Hacienda]

Período de Conservación: Diez (10) años.

Modelo SC 2903
Rev. 5 abr 07
Antes 330-02 y 310-05

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas

## CERTIFICACION DE LA INFORMACION INCLUIDA EN LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

| Apellido paterno Apellido materno Nombre del contribuyente | Seguro Social | Número Solicitud | Clave Institución |
|---|---|---|---|
| COLON GUZMAN, RAMON A | 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 | 0706180085 | XX |
| Apellido paterno Apellido materno Nombre del cónyuge | Seguro Social | Tipo Planilla FORMA LARGA | Año Contributivo 2001 |
| Dirección postal o residencial PO BOX 4124 | Estado Personal CASADO RIN SEP | Fecha de Radicación 03/03/03 | Número de Serie 1150939 |
| CAROLINA PR 00984 | Nombre del Estudiante XXXXXXXXXXXXXXXXXXXXXXXX | | Número de Estudiante XXXXXXXXXX |

Ciudadano de Estados Unidos: ☒ Sí ☐ No
Residente de Puerto Rico: ☒ Sí ☐ No

Fuente de Mayor Ingreso: CUENTA PROPIA
Ocupación: OTROS OFICIOS

Dependientes: Hijos ____ Otros ____
Anualidades o pensiones exentas .................................
Intereses exentos .........................................................
Otros ingresos exentos ................................................

**INGRESOS**
1. Sueldos, comisiones, concesiones y propinas .................
2. Salarios del Gobierno Federal ..........................................
3. Otros Ingresos (o Pérdidas) .............................................
   A) Ingreso de intereses ....................................................
   B) Beneficios de sociedades especiales .........................
   C) Pérdidas de sociedades especiales ............................
   D) Dividendos de corp. y distribuciones de sociedades sujetos a retención ....
   E) Dividendos de corp. y distribuciones de sociedades no sujetos a retención ...
   F) Beneficios de corporaciones de individuos .................
   G) Distribuciones de Planes Gubernamentales ...............
   H) Ingresos misceláneos ..................................................
   I) Distribuciones de Cuentas IRA y Cuentas de Aportación Educativa ........
   J) Dividendos de Fondo de Capital de Inversión o de Turismo ...
   K) Ingresos de anualidades y pensiones ..........................
   L) Pensión recibida por divorcio o separación (Seguro Social del que paga: ____) 
   M) Ganancia (o pérdida) atribuible a industria o negocio ... 16,727
   N) Ganancia (o pérdida) atribuible a la agricultura ...........
   O) Ganancia (o pérdida) atribuible a profesiones y comisiones ....
   P) Ganancia (o pérdida) atribuible a alquiler ...................
   Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados ....
   R) Ganancia neta de capital a largo plazo en Fondos de Inversión ......... 16,727
4. Total Ingreso Bruto ..........................................................
5. Pensión por Divorcio o Separación Pagada (Seguro Social del que la recibe: ____)
6. Ingreso Bruto Ajustado ................................................... 16,727

Ingreso Bruto: 45,949

**DEDUCCIONES Y EXENCIONES**
7. Deducciones detalladas o fija * .......................................
   A) Intereses hipotecarios ..................................................
   B) Renta Pagada ..............................................................
8. Deducciones adicionales ................................................. 1,500
9. Exención personal ...........................................................
10. Exención por dependientes ............................................
11. Total Deducciones y Exenciones .................................... 1,500
12. Ingreso Neto Sujeto a Contribución ................................ 15,227

**CONTRIBUCION**
13. Contribución Determinada .............................................. 1,858
14. Responsabilidad Contributiva ......................................... 1,858
15. Balance Pendiente de Pago ........................................... 1,858
16. Contribución pagada en exceso .....................................

* Las deducciones detalladas incluyen intereses hipotecarios y renta pagada, según se indica.

Certifico que de acuerdo con nuestros archivos de información contributiva, el contribuyente mencionado en este formulario rindió la planilla de contribución sobre ingresos para el año contributivo arriba indicado. La información que aquí se presenta incluye la presentada por el contribuyente y cualquier ajuste realizado por el Departamento de Hacienda. Esta certificación tiene la misma validez que la copia de la planilla para todos los fines.

Secretario Auxiliar de Rentas Internas o su Representante    AMP2403 MALDONADO PABON AZMABETH

18/6/2007 2:23:36 PM
Fecha y Hora de Emisión

Periodo de Conservación: Diez (10) años

Modelo SC 2903
Rev. 5 abr 07
Antes 330-02 y 310-05

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Area de Rentas Internas

## CERTIFICACION DE LA INFORMACION INCLUIDA EN LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

| Apellido paterno Apellido materno Nombre del contribuyente | Seguro Social | Número Solicitud | Clave Institución |
|---|---|---|---|
| COLON GUZMAN, RAMON A | 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 | 0706180086 | XX |
| Apellido paterno Apellido materno Nombre del cónyuge | Seguro Social | Tipo Planilla | Año Contributivo |
|  |  | FORMA LARGA | 2000 |
| Dirección postal o residencial | Estado Personal | Fecha de Radicación | Número de Serie |
| PO BOX 4124 | CASADO RIN SEP | 20/11/01 | 0794971 |
|  | Nombre del Estudiante | | Número de Estudiante |
| CAROLINA PR 00984 | XXXXXXXXXXXXXXXXXXXXXX | | XXXXXXXXXX |

Ciudadano de Estados Unidos: ■ Si ☐ No
Residente de Puerto Rico: ■ Si ☐ No

Fuente de Mayor Ingreso: CUENTA PROPIA
Ocupación: OTROS OFICIOS

| | | |
|---|---|---|
| Dependientes: Hijos ___ Otros ___ | | |
| Anualidades o pensiones exentas | | 00 |
| Intereses exentos | | 00 |
| Otros ingresos exentos | | 00 |
| **INGRESOS** | | 00 |
| 1. Sueldos, comisiones, concesiones y propinas | | 00 |
| 2. Salarios del Gobierno Federal | | 00 |
| 3. Otros Ingresos (o Pérdidas) | | 00 |
| A) Ingreso de intereses | | 00 |
| B) Beneficios de sociedades especiales | | 00 |
| C) Pérdidas de sociedades especiales | | 00 |
| D) Dividendos de corp. y distribuciones de sociedades sujetas a retención | | 00 |
| E) Dividendos de corp. y distribuciones de sociedades no sujetas a retención | | 00 |
| F) Beneficios de corporaciones de individuos | | 00 |
| G) Distribuciones de Planes Gubernamentales | | 00 |
| H) Ingresos misceláneos | | 00 |
| I) Distribuciones de Cuentas IRA y Cuentas de Aportación Educativa | | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo | | 00 |
| K) Ingresos de anualidades y pensiones | | 00 |
| L) Pensión recibida por divorcio o separación (Seguro Social del que paga: ___ ) | | |
| M) Ganancia (o pérdida) atribuible a industria o negocio | 20,424 | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura | | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones | | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler | | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados | | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión | | 00 |
| 4. Total Ingreso Bruto | 20,424 | 00 |
| 5. Pensión por Divorcio o Separación Pagada (Seguro Social del que la recibe: ___ ) | | 00 |
| 6. Ingreso Bruto Ajustado | 20,424 | 00 |
| **DEDUCCIONES Y EXENCIONES** | | 00 |
| 7. Deducciones detalladas o fija * | | 00 |
| A) Intereses hipotecarios | | 00 |
| B) Renta Pagada | | |
| 8. Deducciones adicionales | 600 | 00 |
| 9. Exención personal | 1,500 | 00 |
| 10. Exención por dependientes | | 00 |
| 11. Total Deducciones y Exenciones | 2,100 | 00 |
| 12. Ingreso Neto Sujeto a Contribución | 18,324 | 00 |
| **CONTRIBUCION** | | |
| 13. Contribución Determinada | 2,953 | 00 |
| 14. Responsabilidad Contributiva | 2,953 | 00 |
| 15. Balance Pendiente de Pago | 2,953 | 00 |
| 16. Contribución pagada en exceso | | 00 |

Ingreso Bruto: 64,425

* Las deducciones detalladas incluyen intereses hipotecarios y renta pagada, según se indica.

Certifico que de acuerdo con nuestros archivos de información contributiva, el contribuyente mencionado en este formulario rindió la planilla de contribución sobre ingresos para el año contributivo arriba indicado. La información que aquí se presenta incluye la presentada por el contribuyente y cualquier ajuste realizado por el Departamento de Hacienda. Esta certificación tiene la misma validez que la copia de la planilla para todos los fines.

Secretario Auxiliar de Rentas Internas o su Representante
AMP2403 MALDONADO PABON AZMABETH

18/6/2007 2:23:59 PM
Fecha y Hora de Emisión

Período de Conservación: Diez (10) años