IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                             *      CASE NO. 07-03232-ESL

RAMON A. COLON GUZMAN      *      CHAPTER 13
ELSA D. ALCANTARA GARCIA *

     Debtor(s).

## OBJECTION TO CLAIM IRS CLAIM 3-4
## PURSUANT TO 11 U.S.C. §507(A)(8)

TO THE HONORABLE COURT

NOW COME(S), DEBTOR through his(their) undersigned attorney and respectfully state(s) as follows;

1. Creditor IRS filed an amended Proof of Claim, Claim 3-4 for Tax periods of 1997 to 2001, assessed in the years 2001 to 2003 as a priority unsecured claim.

2. Pursuant to 11 U.S.C. §507(A)(8) such claim is not a priority, but a general unsecured claim since it is for Tax periods of older than three years and current year of filing date June 11, 2007.

**"REQUIRED RESPONSE TIME" LOCAL RULE 3007-1(c), P.R. LBR**

**TAKE NOTICE THAT UNLESS YOU OPPOSE THIS NOTICE OF DISTRIBUTION OF MODIFIED CHAPTER 13 PLAN, LOCAL RULE 9015-2(F)(B), P.R. LBR WITHIN TWENTY (20) DAYS AFTER SERVICE AS EVEDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK.P. 9006 (F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER WITH THE CLERK'S OFFICE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.**

WHEREFORE, debtor through their undersigned attorney respectfully requests that for the above stated reasons this Honorable Court:

A. Disallow Amended Claim 3-4 as a Priority Claim;

C. And provide such other and further relief as this court deems just and proper under the circumstances.

In Bayamon, Puerto Rico, on January 14, 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court uploading the same using the CM/ECF System which will send notification of such filing to the following: José Ramón Carrión Morales, Esq., Chapter 13 Trustee; Rosa E. Rodríguez Vélez, Esq., Monsita Lecaroz Arribas, US Trustees Office;and to all parties appearing in the master address list and herein attached, and by United States first class mail postage prepaid to Internal Revenue Service, Mercantil Plaza Building, 2 Ponce De Leon Avenue, Room 1014, Stop 27 ½, San Juan, Puerto Rico, 00918-1693.

**s/Loydianne Torres Berrios, Esq.**
Loydianne Torres Berrios, Esq.
Edificio Medico Hnas. Davila
Oficina 101
Bayamon, PR 00959
Tel. (787) 531-8535
email ltorresberrios@gmail.com
Attorney for debtor(s)